UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:98-cr-228-T-23EAJ

ANDRE SCRUGGS
_____/

### ORDER

The United States filed a motion pursuant to Rule 35(b), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3553(e) to reduce the defendant's sentence (Doc. 1222).  The motion is **GRANTED** to the extent that the defendant's sentence is reduced to **70 months**, which is a reasonable sentence and which is sufficient, but not greater than necessary, to achieve the purposes specified in 18 U.S.C. § 3553(a).  All other terms and conditions of the defendant's sentence remain unchanged.

The defendant's "Motion to Compel Specific Performance" (Doc. 1213) is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on December 28, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE